accomplishment as compliance with Rule 2(B), since its order is "[b]ased on all of the facts presented, including the facts that the petitioner graduated first in his class from Delhi University (India) in 1966 and second in his class from Delhi Law School in 1969" as well as his receipt of the Masters Degree from the University of Virginia Law School. Mr. Bindra's excellent academic record in India, and his Masters Degree from the University of Virginia Law School, do not separately or together constitute compliance with Rule 2(B).

If justice requires Mr. Bindra be permitted to sit for the Michigan bar examination, as indeed it may, we should rewrite our rule or enact a new one which will embrace his circumstances. We do ourselves no credit, however, by ignoring the one we have.

Reconsideration denied *post*, p 1127.

MARCH 8, 1979

STITT v MAHANEY. (Docket No. 59150.) Rehearing denied. *Norris, Keyser & Marshall, P.C.,* for defendant-appellee Gesink. *Kitch & Suhrheinrich, P.C.,* for defendant-appellee City of Holland. Reported at 403 Mich 711.

HOLMES v HAUGHTON ELEVATOR COMPANY. (Docket No. 59757.) Rehearing denied. *James F. Finn* and *Mark S. Michael* for plaintiff-appellee. *Riley & Roumell* for defendant-appellant. Reported at 404 Mich 36.

SMITH v KELSEY-HAYES COMPANY (AFTER REMAND). (Docket No. 59925.) Rehearing denied. *Sablich, Ryan, Dudley, Rapaport & Bobay, P.C.,* for plaintiff-appellant. *Lacey & Jones* for defendant-appellee. Reported at 404 Mich 70.

KAVANAGH and LEVIN, JJ., would grant rehearing to address the unanswered question of whether failure to comply with notice requirements requires dismissal of a claim absent a showing of prejudice to the employer, which question was one of the issues on which leave to appeal was granted.

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY v SIVEY. (Docket No. 59774.) Rehearing denied. *Draugelis, Ashton & Scully* for plaintiff-appellee. *Lizza & Mulcahy, P.C.,* for defendant-appellant Sandra Andary. Reported at 404 Mich 51.